**Order entered April 11, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01678-CR

### CHARLES RICHARD VANDIVER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F12-56764-M**

## ORDER

The Court **VACATES** the order issued on March 27, 2014.

Based on the Court's opinion dated March 27, 2014, we **GRANT** the September 4, 2013 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant.

We **DENY** appellant's March 20, 2014 motion for new hearing and March 20, 2014 motion to enforce court order.

We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Charles Richard Vandiver, TDCJ No. 1831208, Dalhart Unit, 11950 FM 998, Dalhart, Texas, 79022.

/s/      MICHAEL J. O'NEILL
         JUSTICE